# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of
## NEW CASES DOCKETED

### INDEX OF CASES DOCKETED

Lynn v. Wallace .....................18971
Dimmitt et v. State ................18967
Leonard et v. Elgin J. & E. Ry..........18968
Leven v. Frisch ....................18972
Ratcliffe v. Young .................18969
State ex v. Caldwell ...............18973
State v. Ladow .....................18966
Strasbarger In re. v. Strasbarger.......18976

### February 19

18966—State of Ohio v. Jesse E. Ladow; motion for leave to file petition in error to the Richland Appeals. Geo. A. Blecker, Pros. Atty., Mansfield, for plaintiff; McBride & Wolfe, Mansfield, and Day & Day, Cleveland, for defendant.

18967—Calvin Dimmit, Charles Carroll and D. O. Dean v. State of Ohio ex Helen Milburn, and Helen Milburn. Green Appeals. Motion to certify. L. T. Marshall, for plaintiffs; Chas. L. Darlington and Frank H. Dean, for defendants; all of Xenia.

### February 20

18968—James L. Leonard, W. B. Crosset and George B. Riley, partners as Leonard, Crossett & Riley, v. Elgin, Joliet & Eastern Ry. Co.; error to Hamilton Appeals. Hightower & O'Brien and C. A. Schneider, for plaintiffs; Maxwell & Ramsey, for defendant; all of Cincinnati.

18969—S. M. Ratcliffe v. Curtis E. Young. Allen Appeals. Motion to certify. C. L. Fess and Quail & Kirk, Lima, for plaintiff; Roby & Jackson, Lima, for defendant.

18970—In re Will of Jacob Strasbarger, decd. Abraham Strasbarger, v. Irwin Strasbarger et. Wood Appeals. Motion to certify. Simon, Koenigsburger & Young, Washington, D. C., and N. R. Harrington, Bowling Green, for plaintiffs; Edw. M. Fries, Bowling Green, and Mulholland & Hartman, Toledo, for defendants.

18971—Arminta V. Lynn, Executrix of Scott W. Wright, v. James E. Wallace, Cuyahoga Appeals; motion to certify. Sanders, Monahan & Sanders, Cleveland for plaintiff; White, Hammond, Brewer & Curtiss, Cleveland, for defendant.

### February 21

18972—Abe Levin v. Samuel Frisch. Motion to certify—Hamilton Appeals. Harry Hess, for plaintiff; H. E. Engelhart, for defendant; both of Cincinnati.

18973—State ex, Hanson v. James W. Caldwell, Recr; Motion to certify—Lucas Appeals. Attorneys, James H. Boyd, for plaintiff; Fraser, Heatt and Woll and Harrison & Phillips, for defendant; all of Toledo.

## PROCEEDINGS OF
## SUPREME COURT

### WEEKLY REPORT OF
### CASES DECIDED
### TUESDAY, FEBRUARY 24, 1925.

### INDEX OF CASES DECIDED
### GENERAL DOCKET

Carr v. Doan Sav. & Loan Co...........18398
London-Lanc. Indem. Co. v.
    Fairbanks Co. ......................18731

18398—Claude A. Carr v. Doan Savings & Loan Co.; error to Cuyahoga Appeals. Judgment affirmed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 2-21-24, 2 Abs. 163.

18731—London & Lancashire Indemnity Co. v. Fairbanks Steam Shovel Co.; error to Marion Appeals. Judgment reversed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock 7-25-24, 2 Abs. 483.

## Abstracts of Last Week's
## SUPREME COURT OPINIONS

### SYLLABI

No. 18398—Claude A. Carr v. The Doan Savings & Loan Company, a corporation. Error to the Court of Appeals of Cuyahoga County.

651. INTEREST—1. Computed from date of note when nothing as to stated therein.

2. Due to money lender who sets sum aside to be paid borrower in installments.

287. CONSIDERATION—Withholding of money constitutes a valuable one.

ALLEN, J.

17. Where a written instrument is payable at a future day, with interest, and nothing is stated therein as to the commencement of the interest period, the interest is computed from the date of the instrument.

2. When one contracts to loan money to another for use in building contracts, and sets aside the money in readiness to be paid the borrower in installments as the building progresses, the withholding of the money from use constitutes a valuable consideration and the lender is entitled to interest according to the terms of the contract until such time as the borrower notifies the lender that he will not use the money.

Judgment affirmed.

Marshall, C. J., Jones, Matthias, Day, Kinkade and Robinson, JJ., concur.

No. 18731—The London & Lancashire Indemnity Company of America v. The Fairbanks